UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAR 05 2024
TAMMY H. DOWNS, CLERK
By: _____ CLERK
DEP CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:24CR00 31 BSM |
| | ) | |
| v. | ) | 18 U.S.C. § 1344(2) |
| | ) | |
| KRISTI ANN MASSEY | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

## COUNTS 1-21

### A. INTRODUCTION

At all times material herein:

1.    A licensed social worker operated a sole proprietorship in central Arkansas. This business banked at Iberia Bank, which was acquired by First Horizon. Both were financial institutions that were depository institutions (as defined in section 3(c)(2) of the Federal Deposit Insurance Act.)

2.    The defendant, KRISTI ANN MASSEY, ("Massey") was employed by the sole proprietorship as a bookkeeper and her duties included accounts payable, accounts receivable, and keeping daily schedules for appointments.

### B. THE CHARGE.

Between in or about July 2017 and September 2022, in the Eastern District of Arkansas, the defendant,

KRISTI ANN MASSEY,

with intent to defraud, knowingly devised and participated in a scheme to obtain moneys and funds under the custody and control of a financial institution by means of material false and fraudulent representations.

C. THE SCHEME

As part of the scheme, the following occurred:

1.      When MASSEY began her employment with the sole proprietorship, her salary was approximately $150.00 per week. At some point that increased to $200.00 per week. Throughout the scheme, she paid herself more than she was entitled to receive. By this conduct, on many occasions, she received money to which she was not entitled totaling approximately $200,000.00.

2.      In 2017, MASSEY paid herself more than what she was entitled on approximately 27 occasions. In 2018, MASSEY paid herself more than what she was entitled on approximately 64 occasions.  In 2019, MASSEY paid herself more than what she was entitled on approximately 69 occasions. In 2020, MASSEY paid herself more than what she was entitled on approximately 61 occasions. In 2021, MASSEY paid herself more than what she was entitled on approximately 60 occasions. In 2022, MASSEY paid herself more than what she was entitled on approximately 51 occasions.

D. THE EXECUTION OF THE SCHEME.

Between in or about July 2017 and September 2022, in the Eastern District of Arkansas, the defendant,

KRISTI ANN MASSEY,

with intent to defraud, having devised and participated in a scheme to obtain moneys and funds under the custody and control of a financial institution, which was insured by the FDIC, by means of materially false and fraudulent representations, and for the purpose of knowingly executing the scheme, issued inflated checks made payable to her in order to receive money to which MASSEY was not entitled, including the checks as set forth below:

| COUNT | CHECK DATE | CHECK NO. | AMOUNT OF CHECK |
|---|---|---|---|
| 1 | 02/01/2018 | 7602 | $850.00 |

| 2 | 04/02/2018 | 7630 | $785.00 |
| 3 | 06/06/2018 | 7660 | $868.00 |
| 4 | 08/01/2018 | 7686 | $815.00 |
| 5 | 10/02/2018 | 7712 | $848.00 |
| 6 | 12/05/2018 | 7740 | $625.00 |
| 7 | 02/04/2019 | 7767 | $800.00 |
| 8 | 04/17/2019 | 7796 | $400.00 |
| 9 | 01/22/2020 | 7912 | $331.97 |
| 10 | 03/26/2020 | 7935 | $800.00 |
| 11 | 04/29/2020 | 7944 | $900.00 |
| 12 | 07/20/2020 | 7977 | $650.00 |
| 13 | 10/23/2020 | 8007 | $900.00 |
| 14 | 12/16/2020 | 8028 | $500.00 |
| 15 | 01/29/2021 | 8036 | $879.00 |
| 16 | 03/03/2021 | 8046 | $750.00 |
| 17 | 05/11/2021 | 8076 | $942.00 |
| 18 | 07/14/2021 | 8104 | $729.21 |
| 19 | 09/20/2021 | 8134 | $600.00 |
| 20 | 11/12/2021 | 8158 | $650.00 |
| 21 | 07/05/2022 | 8255 | $995.00 |

All in violation of Title 18, United States Code, Section 1344(2).

[End of text. Signature page to follow.]

☐   NO TRUE BILL.          ☑   TRUE BILL.

## REDACTED SIGNATURE

FOREPERSON OF THE GRAND JURY

JONATHAN D. ROSS
UNITED STATES ATTORNEY

By JANA HARRIS
Bar Number 88021
Assistant U.S. Attorney
P.O. Box 1229
Little Rock, AR 72203
Telephone: (501) 340-2600
E-mail: Jana.Harris@usdoj.gov